Kevin PORTER, Petitioner—Appellant,

v.

George SNYDER, Respondent— Appellee,

and

United States Parole Commission, Respondent.

No. 08–6426.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

Kevin Porter, Appellant Pro Se. Steve R. Matheny, Assistant United States At-torney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Porter, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Porter v. Snyder,* No. 5:07–hc–02093–BO (E.D.N.C. Mar. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*